Augustine F. FORKWAR,
Plaintiff–Appellant,

v.

PROGRESSIVE NORTHERN INSURANCE COMPANY; Progressive Classic Insurance Company, Defendants–Appellees.

No. 13–1072.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 15, 2013.

Decided: Aug. 2, 2013.

Timothy F. Maloney, Joseph M. Creed, Joseph, Greenwald & Laake, P.A., Greenbelt, Maryland, for Appellant. Angus R. Everton, Morgan Carlo Downs & Everton P.A., Hunt Valley, Maryland, for Appellees.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

This case involves a coverage dispute under a commercial auto liability insurance policy. On appeal, Augustine Forkwar (Plaintiff) challenges the district court's grant of summary judgment in favor of Progressive Northern Insurance Company (Defendant) with respect to Plaintiff's claims alleging breach of contract and entitlement to declaratory relief.

Our careful review of the briefing, appellate record, and relevant law compels us to conclude that the district court did not err in granting summary judgment in favor of Defendant. We affirm on the reasoning of the district court, as stated in its well-reasoned December 14, 2012 memorandum opinion.* *Forkwar v. Progressive N. Ins. Co.*, 910 F.Supp.2d 815 (D.Md.2012).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*